**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02498-PAB-BNB

BRITTANY GARCIA,

    Plaintiff,

v.

FINANCIAL CREDIT SERVICES,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge Boyd N. Boland's Recommendation [Docket No. 34] of Judge Philip A. Brimmer entered on March 17, 2014, it is

**ORDERED** that the Recommendation of United States Magistrate Judge Boyd N. Boland [Docket No. 33] is **ACCEPTED**.  It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff.  It is

**FURTHER ORDERED** that Defendant FINANCIAL CREDIT SERVICES is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

**FURTHER ORDERED** that this case is dismissed without prejudice pursuant to D.C.COLO.LCivR 41.1.

Dated at Denver, Colorado this 18th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk